UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRENNAN CENTER FOR JUSTICE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16-1609 (ABJ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brennan Center for Justice ("Plaintiff") and Defendant Department of Homeland Security hereby stipulate to the dismissal of all claims in this action with prejudice, with the exception of Plaintiff's claim for attorneys' fees and costs.

Dated: April 24, 2018                              Respectfully submitted,

 /s/ David L. Sobel                                JESSIE K. LIU, D.C. Bar No. 472845
DAVID L. SOBEL,                                    United States Attorney
DC Bar No. 360418
5335 Wisconsin Avenue, N.W.                        DANIEL F. VAN HORN, D.C. Bar No. 924092
Suite 640                                          Chief, Civil Division
Washington, D.C. 20015
(202) 246-6180                                     /s/ Melanie D. Hendry
sobel@att.net                                      MELANIE D. HENDRY
                                                   Assistant United States Attorney
*Counsel for Plaintiff*                            555 Fourth Street, N.W.
                                                   Washington, D.C. 20530
                                                   (202) 252-2510
                                                   melanie.hendry2@usdoj.gov

                                                   *Counsel for Defendant*